UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CANDACE S. WALTERS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ODYSSEY HEALTHCARE MANAGEMENT LONG TERM DISABILITY PLAN and ODYSSEY HEALTHCARE MANAGEMENT LONG TERM DISABILITY PLAN ADMINISTRATOR,<br><br>        Defendants - Appellees. | No. 14-16930<br><br>D.C. No. 2:11-cv-00150-JAT<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered November 22, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Synitha Walker
Deputy Clerk
Ninth Circuit Rule 27-7